UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Mesha Denise Hodge,

       Plaintiff,

v.

Commissioner of Social Security,

       Defendant.

_____/

Case No. 12-11695

Honorable Nancy G. Edmunds

## ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S JULY 9, 2013 REPORT AND RECOMMENDATION [19]

Before the Court is the magistrate judge's July 9, 2013 report and recommendation on Plaintiff Mesha Denise Hodge's supplemental security income appeal.  (Dkt. 19.)  The magistrate judge recommended denying Plaintiff's motion for summary judgment and granting Defendant's motion for summary judgment.

The Court is fully advised in the premises and has reviewed the record and the pleadings.  Neither party has filed objections.  "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter."  *Hall v. Rawal*, 09-10933, 2012 WL 3639070, at *1 (E.D.Mich. Aug. 24, 2012) (citation omitted).  The Court nevertheless agrees with the magistrate judge's recommendation.  The Court therefore ACCEPTS and ADOPTS the magistrate judge's report and recommendation.  The Court DENIES Plaintiff's motion for summary judgment and GRANTS Defendant's motion for summary judgment.

So ordered.

s/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated:  September 10, 2013

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 10, 2013, by electronic and/or ordinary mail.

s/Johnetta M. Curry-Williams
Case Manager
Acting in the Absence of Carol A. Hemeyer